IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIELA CORRAL, *as Personal*
*Representative for the Estate of*
DANIEL CORRAL MELERO,

        Plaintiff,                  No. 1:24-CV-00932-KG-JMR

vs.

UNITED STATES OF AMERICA,

        Defendant.

### ORDER GRANTING MOTION TO AMEND COMPLAINT

Upon the application of Plaintiff for an Order Granting Leave to File First Amended Complaint, and for good cause shown and further, with concurrence of opposing counsel:

It is hereby ordered, adjudged and decreed that Plaintiff is granted leave to file First Amended Complaint, attached as Exhibit 1 to the motion seeking leave to amend.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Approved by:

By: /s/ David M. Berlin
Duhigg & Berlin, P.A.
P. O. Box 527
Albuquerque, NM 87103
Telephone:(505) 243-3751
Facsimile: (505) 246-9797
dmberl@duhigglaw.com

and

Martha G. Villegas
The Law Offices of the Saints
3501 San Mateo Blvd NE
Albuquerque, NM 87110
Telephone: (505) 257-1111
martha@thesaintslaw.com

*Attorneys for Plaintiff*

*Electronically approved 07/16/25*
Robert James Booth II
Roberto Ortega
Assistant United States Attorney
United States Attorney's Office
District of New Mexico
201 Third St. N.W., Suite 900
Albuquerque, NM 87102
Telephone: 505-224-1519
Robert.Booth2@usdoj.gov
roberto.ortega@usdoj.gov

*Attorneys for Defendant*